1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LANELL MARTIN,                          No.  2: 14-cv-2956 KJM KJN P

12                    Plaintiff,

13          v.                               ORDER

14   PHILLIP H. BECK,

15                    Defendant.

16

17          On February 24, 2015, plaintiff filed a request for reconsideration of the magistrate

18   judge's order filed February 5, 2015, denying plaintiff's request for removal.  Under E.D. Local

19   Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to

20   law."  *Id.*  Upon review of the entire file, the court finds the magistrate judge's ruling is not

21   clearly erroneous or contrary to law.[1]

22          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

23   magistrate judge filed February 5, 2015, is affirmed.

24   DATED:  April 28, 2015.

25                                           _____
                                             UNITED STATES DISTRICT JUDGE

26   _____
     [1] The magistrate judge's order correctly finds that only defendants are authorized to remove
27   actions to federal court.  *See* Order filed February 5, 2015, at 5.  The court notes that removal of a
     state court action to federal court is accomplished by filing a notice of removal.  *See* 28 U.S.C.
28   § 1446(a).

                                             1